WANDA S. KEELER, Appellant, v. BANKERS TRUST COMPANY et al., Respondents, et al., Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon and Dore, JJ.